UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-62150-WPD

MILTON BERNARD,

    Plaintiff,

v.

AUTOMAX,

    Defendant.

_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DISMISSING COMPLAINT WITHOUT PREJUDICE AND WITH LEAVE TO AMEND

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Strauss (the "Report") [DE 5], issued on October 24, 2025. The Court notes that no objections to the Report [DE 5] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 5] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 5] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 5] is hereby **ADOPTED** and **APPROVED**;

1

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff is granted leave to file an Amended Complaint, consistent with Judge Strauss' October 24, 2025 Report and Recommendation, on or before **December 1, 2025**. Failure to do so will result in the Court closing the case.

4. The Clerk shall **EMAIL** a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of November, 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Strauss

Milton Bernard at email address: Miltonbernard15@gmail.com